IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHEEM HANIF,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AVENAL STATE PRISON MEDICAL STAFF, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:11-cv-00504 JLT (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |

　　　　Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

　　　　Accordingly, it is **HEREBY ORDERED** that:

1. Within 30 days of the date of service of this order, Plaintiff shall either: (1) pay the $350.00 filing fee for this action; or (2) submit the attached application to proceed in forma pauperis, competed and signed, along with a certified copy of his/her prison trust account statement for the six month period immediately preceding the filing of the complaint.

2. The Clerk of the Court is directed to send Plaintiff this district's application to proceed in forma pauperis.

1

1    3.   Plaintiff is advised that requests for extensions of time will not be granted without a showing of good cause. **Failure to comply with this order will result in the dismissal of this action.**

IT IS SO ORDERED.

Dated:   **March 29, 2011**                                         /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE

2