IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHEEM HANIF, | Case No. 1:11-cv-00504 JLT (PC) |
| Plaintiff, | ORDER DIRECTING THE CLERK OF THE COURT TO ASSIGN A DISTRICT JUDGE TO THIS ACTION |
| vs. | |
| AVENAL STATE PRISON MEDICAL STAFF, et al., | FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION BE DISMISSED |
| Defendants. | (Doc. 3) |
| _____/ | |

On March 25, 2011, Plaintiff, who is proceeding pro se, initiated this civil rights action pursuant to 42 U.S.C. § 1983.  However, Plaintiff, did not pay the $350 filing fee nor did he file a properly completed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Thus, by order filed March 29, 2011, the Court directed Plaintiff to, within thirty days, either (1) pay the filing fee for this action; or (2) file a properly completed application to proceed in forma pauperis. The thirty-day period has since expired, and Plaintiff has failed to comply with the Court's order or otherwise respond to the Court's order.

Accordingly, it is **HEREBY ORDERED** that the Clerk of the Court shall assign a district judge to this action.

///

///

1

1  Also, it is **HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT**
2  **PREJUDICE** for Plaintiff's failure to pay the filing fee or submit a properly completed application
3  to proceed in forma pauperis.
4  These findings and recommendations are submitted to the United States District Judge
5  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within twenty-one days
6  after being served with these findings and recommendations, Plaintiff may file written objections
7  with the Court.  Such a document should be captioned "Objections to Magistrate Judge's Findings
8  and Recommendations."  Plaintiff is advised that failure to file objections within the specified time
9  may waive his right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th
10 Cir. 1991).

12 IT IS SO ORDERED.
13 Dated:   **May 11, 2011**                    /s/ Jennifer L. Thurston
                                                UNITED STATES MAGISTRATE JUDGE